**Order filed, June 30, 2016.**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-16-00360-CV

————————

### HECTOR GIANACOVO, Appellant

### V.

### JUAN A. BONILLA, Appellee

---

**On Appeal from the County Civil Court at Law No 4
Harris County, Texas
Trial Court Cause No. 1072623**

---

## ORDER

The reporter's record in this case was due **June 13, 2016**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order **Lisa Fort**, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM